# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PERINA YOUNG VESSEL** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO. 23-00750-BAJ-RLB** |
| **VERSUS** | * | |
| | * | **JURY TRIAL** |
| **WALMART, INC.** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT NOTICE OF SETTLEMENT

NOW INTO COURT, through undersigned counsel, come all parties to this matter, who, pursuant to Local Rule 16(c), hereby provide notice that this case, and all claims related thereto, have been resolved and settled in its entirety, subject only to the finalization and execution of the appropriate settlement documents by the parties. Accordingly, the parties request that this Honorable Court enter a conditional Order of Dismissal, and the parties intend to file a joint motion of dismissal at a later date.

Respectfully submitted,

/s/ *Devin Fadaol*
**ISIDRO RENÉ DEROJAS (#18182)**
**DEVIN FADAOL (#26878)**
**P. SINNOTT MARTIN (#37218)**
**McCRANIE, SISTRUNK, ANZELMO,**
**HARDY, McDANIEL & WELCH**
195 Greenbriar Blvd., Suite 200
Covington, LA 70433
Telephone: (504) 831-0946
Facsimile: (800) 977-8810
E-Mail: cdf@mcsalaw.com
          psm@mcsalaw.com
**ATTORNEYS FOR DEFENDANT**

-and-

/s/ *Ryan J. Chenevert*_____
**RYAN J. CHENEVERT (#34485)**
**RALPH L. FLETCHER (#16917)**
**FLETCHER, ROY & CHENEVERT, L.L.C.**
660 Government Street
Baton Rouge, Louisiana 70802
Telephone:    (225) 888-8000
Facsimile: (225) 387-3142
E-Mail: rchenevert@fletcherandroy.com
           rfletcher@fletcherandroy.com
**ATTORNEY FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system this 1st day of May, 2024.

   s/  Devin Fadaol_____
         Devin Fadaol